# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 13 – See Attached List |
| | ) | |
| **CHRISTINA BEACH, et.al.** | ) | Case No. 17-12515 – See Attached List |
| | ) | |
| **Debtor(s)** | ) | Honorable A. Benjamin Goldgar |

## SUBSTITUTION OF ATTORNEY

Now comes David P. Leibowitz, and respectfully substitutes his appearance in this case and in those on the attached list for that of Carrie A. Zuniga, who is a former attorney of Law Offices of David P. Leibowitz, LLC, d/b/a Lakelaw, ("Lakelaw"). In support of this Substitution, counsel would show the Court the following:

1. The debtor(s) retained Lakelaw, and not any attorney individually; to prepare, file, and service this bankruptcy filing and all related matters.

2. David P. Leibowitz requests that his appearance, on behalf of his law firm, Lakelaw, be entered in these cases so that Lakelaw may properly receive all notices and pleadings in this case, and so that Carrie A. Zuniga does not receive notice and pleadings on cases in which she is no longer involved.

3. David P. Leibowitz has communicated directly with all the Debtors on the attached list; they all consent to this Substitution of Appearance, and, Carrie A. Zuniga consents to this Substitution of Appearance.

WHEREFORE, David P. Leibowitz now prays the Court to accept his Substitution of Appearance for that of Carrie A. Zuniga in all matters relating to these cases, and requests that all notices and pleadings in these cases which are directed to debtor's counsel be mailed to him at:

**Lakelaw**
**53 West Jackson Boulevard, Suite 1610**
**Chicago, Illinois 60604**

Date: June 29, 2017                    By:   /s/ David P. Leibowitz

                                                         David P. Leibowitz (ARDC # 1612271)
                                                         Lakelaw
                                                         53 West Jackson Boulevard, Suite 1610
                                                         Chicago, Illinois 60604
                                                         847.249.9100

| Case Number | Case Title |
| --- | --- |
| 12-06959 | Ronald Lamell and Betty La Mell |
| 12-09226 | John R. Foran and Denise A. Link-Foran |
| 12-10274 | William Louis Solomon and Linda Joann Solomon |
| 12-27290 | Jose A Lazcon and Araceli Lazcon |
| 12-44943 | Thomas M Branick |
| 12-47918 | David Feder |
| 12-48327 | Amy McElwain Rickard |
| 13-02761 | Rand T. Thomas and Susan B. Thomas |
| 13-05214 | James E Bradley, JR and Sheila Bradley |
| 13-34686 | Glenn Brian Robinson |
| 14-12170 | Alfonso Cancino |
| 14-26274 | Michael Schintgen |
| 14-29578 | Peter Jankovics and Monika Edith Jankovics |
| 14-37656 | David Strom and Melissa Strom |
| 14-38986 | Scott Joseph LeMay and Sharon Marie LeMay |
| 15-09201 | Emelda C. De Leon |
| 15-15666 | Matthew J. Tarpy |
| 15-18055 | James Michael Rapp and Heather Renee Colbert- Rapp |
| 15-30211 | Jorge Olmos |
| 15-40122 | Jon Edward Thomas and Betty Thomas |
| 16-20266 | Warren Hyun Choe and Danielle Dawn Choe |
| 16-20268 | Matthew G. Bauer |
| 16-29209 | Charles V. Deberry and Jacqueline Nicole Deberry |
| 16-31720 | Sherry A Bickett |
| 16-31725 | Anthony Michael Ingoglia and Donna Jean Ingoglia |
| 17-12515 | Cristina Beach |